UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KAREN MELTZ,

            Plaintiff,

   -v.-                                      Notice of Appearance

PUTNAM COUNTY, DONALD B. SMITH,      07 Civ. 9708 (CLB)
PUTNAM COUNTY SHERIFF, SERGEANT
MICHAEL SZABO, DEPUTY SHERIFF
THOMAS LEE and JOHN DOE,

            Defendants.
------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned attorney, Richard D. Willstatter, of the Law Office of Green & Willstatter, hereby appears as co-counsel to the attorney of record for the plaintiff in this action, Lawrence Vogelman, Esq. of Manchester, New Hampshire.

I am a member of the bar of this court in good standing, having been admitted to practice in the Southern District of New York in 1981.

Dated: November 7, 2007
       White Plains, New York

                                                _____
                                                RICHARD D. WILLSTATTER (5063)