UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KAREN MELTZ,

                Plaintiff,

        -against-

PUTNAM COUNTY, DONALD B. SMITH,
PUTNAM COUNTY SHERIFF, SERGEANT
MICHAEL SZABO, DEPUTY SHERIFF THOMAS
LEE, and JOHN DOE,

                Defendants.
----------------------------------------------------------------x

Docket No.: 07 CV 9708
(CLB)()

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Adam I. Kleinberg, a partner of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, incoming attorneys for defendant DONALD B. SMITH, hereby files this notice for the purpose of receiving ECF alerts via e-mail.

Dated: Mineola, New York
       February 19, 2008

                MIRANDA SOKOLOFF SAMBURSKY
                SLONE VERVENIOTIS LLP
                Incoming Attorneys for Defendant
                DONALD B. SMITH

                By: _____
                ADAM I. KLEINBERG (AIK-0468)
                The Esposito Building
                240 Mineola Boulevard
                Mineola, New York 11501
                (516) 741-7676
                Our File No. 08-085

TO:    Lawrence Allen Vogelman, Esq.
        NIXON, RAICHE, MANNING, VOGELMAN & LEACH, PA
        Attorneys for Plaintiffs
        77 Central St.
        Manchester, NH 03101
        (603) 669-7070

Richard David Willstatter, Esq.
GREEN & WILLSTATTER
Attorneys for Plaintiffs
200 Mamaroneck Avenue, Suite 605
White Plains, NY 10601
(914) 948-5656

James A. Randazzo, Esq.
SANTANGELO RANDAZZO & MANGONE LLP
Attorney for Defendants
Putnam County, Michael Szabo and Thomas Lee
151 Broadway
Hawthorne, NY 10532
(914) 328-5590