# NIXON, RAICHE, VOGELMAN, BARRY & SLAWSKY

PROFESSIONAL ASSOCIATION

DAVID L. NIXON
LESLIE C. NIXON
LAWRENCE A. VOGELMAN*
THOMAS T. BARRY**
DAVID P. SLAWSKY*

*Admitted in NH and NY
**Admitted in NH and VA

Attorneys at Law
Seventy-seven Central Street
Manchester, New Hampshire 03101

TELEPHONE 603-669-7070
WATS 1-800-207-7000
FAX 603-669-7080

ROBERT E. RAICHE, SR.
CLIFFORD J. ROSS
OF COUNSEL

MARTIN F. LOUGHLIN
RETIRED

March 4, 2008

Judge Charles L. Brieant
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Meltz v. Putnam County et al

Dear Judge Brieant:

I am writing on behalf of the plaintiffs in this matter to request that the instant matter be stayed for 120 days pending the appointment of an Administrator for the Estate of Karen Meltz. Unfortunately, we have just been informed that the original plaintiff in this case, Karen Meltz, passed away due to a complication from heart surgery. We have spoken to her husband, Richard Meltz, who is interested in pursuing the instant action. It will be necessary, however, for him to be appointed the Administrator of Karen Meltz's estate by the Surrogates Court prior to his being substituted as a plaintiff in this case.

My co-counsel, Richard Willstatter, has spoken to both defense attorneys in this case, James A. Randazzo and Adam I. Kleinberg, and they assent to the requested stay.

Once Mr. Meltz has been appointed Administrator, I will move to amend the complaint substituting him as plaintiff, and will attempt with opposing counsel to submit to the court, by stipulation, a new proposed Scheduling Order.

Thank you very much for your consideration.

Very truly yours,

Lawrence A. Vogelman

LAV:lag
cc:   Richard Meltz
      Richard D. Willstatter
      James A. Randazzo
      Adam I. Kleinberg