# NIXON, RAICHE, VOGELMAN, BARRY & SLAWSKY

## PROFESSIONAL ASSOCIATION

DAVID L. NIXON
LESLIE C. NIXON
LAWRENCE A. VOGELMAN*
THOMAS T. BARRY**
DAVID P. SLAWSKY*

*Admitted in NH and NY
**Admitted in NH and VA

*Attorneys at Law*

*Seventy-seven Central Street*

*Manchester, New Hampshire 03101*

TELEPHONE 603-669-7070
WATS 1-800-207-7000
FAX 603-669-7080

ROBERT E. RAICHE, SR.
CLIFFORD J. ROSS
OF COUNSEL

MARTIN F. LOUGHLIN
RETIRED

June 2, 2008

**MEMO ENDORSED**

Judge Charles L. Brieant
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Meltz v. Putnam County et al
      Docket No. 7:07-cv-9708

Dear Judge Brieant:

  Please consider this letter as an assented to motion to continue the stay in the above case for an additional ninety days. I have been informed by the attorney representing Mr. Meltz in Surrogates Court that the court is "backed up" and the petition to appoint Mr. Meltz has not yet been acted upon.

  Both defense attorneys in this case, James A. Randazzo and Adam I. Kleinberg, assent to the requested extension.

  Thank you very much for your consideration.

Very truly yours,

Lawrence A. Vogelman

[Handwritten endorsement: *This matter is now adjourned from September 17, 2008. The July 11, 2008 conference is adjourned to September 7, 2008 at 9:00 AM – So Ordered. Charles L. Brieant 6/17/08*]

LAV:lag
cc:   Richard Meltz
      Richard D. Willstatter
      James A. Randazzo
      Adam I. Kleinberg