# NIXON, RAICHE, VOGELMAN, BARRY & SLAWSKY

## PROFESSIONAL ASSOCIATION

DAVID L. NIXON
LESLIE C. NIXON
LAWRENCE A. VOGELMAN*
THOMAS T. BARRY**
DAVID P. SLAWSKY*

*Admitted in NH and NY
**Admitted in NH and VA

*Attorneys at Law*
*Seventy-seven Central Street*
*Manchester, New Hampshire 03101*

TELEPHONE 603-669-7070
WATS 1-800-207-7000
FAX 603-669-7080

ROBERT E. RAICHE, SR.
CLIFFORD J. ROSS
OF COUNSEL

MARTIN F. LOUGHLIN
1995-2007

June 18, 2008

*(handwritten: 07 Civ. 9708)*

**VIA FACSIMILE (914)741-2920**
James A. Randazzo
Santangelo Randazzo & Mangone, LLP
151 Broadway
Hawthorne, NY 10532

**(516)741-9060**
Adam I. Kleinberg
The Esposito Building
240 Mineola Boulevard
Mineola, NY 11501

**(914)948-8730**
Richard D. Willstatter
Green & Willstatter, Attorneys at Law
200 Mamaroneck Avenue, Suite 605
White Plains, NY 10601
(914) 948-5656

　　　Re:   Karen Meltz v. Putnam County

Dear Mr. Randazzo, Mr. Kleinberg, and Mr. Wilstatter:

　　　I have been contacted by Judge Briant's Clerk this date relative to the above matter, proposing the following items to be conveyed for your information and approval:

　　　1.　Cancel July 11, 2008 Conference;
　　　2.　Extend stay to November 7, 2008; and
　　　3.　Reschedule Conference to November 7, 2008, at 9:00 a.m.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Thank you.

Very truly yours,

Lawrence A. Vogelman

LAV:lag

cc:   USDC for the Southern District of NY
       (**via Facsimile only**)