UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Karen Meltz,

                         Plaintiff,                         07 CIVIL 9708 (CLB)

       -against-

Putnam County, et al
                       Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
           JR0156

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Santangelo Randazzo & Mangone LLP

    To:    Gelardi & Randazzo LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 151 Broadway, Hawthorne, NY 10532

☒ *Telephone Number:* 914-495-3050

☒ *Fax Number:* 914-495-3051

☒ *E-Mail Address:* jrandazzo@gandrlaw.com

Dated: 7-1-08